FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

February 23, 2018

Mr. Collin D. Kennedy
Hanshaw Kennedy LLP
1415 Legacy Drive, Suite 350
Frisco, TX 75034
* DELIVERED VIA E-MAIL *

Mr. Dan E. Martens
The Law Office of Dan E. Martens
17101 Preston Road, Suite 160 S
Dallas, TX 75248
* DELIVERED VIA E-MAIL *

RE:    Case Number:  16-0922
        Court of Appeals Number:  05-15-00906-CV
        Trial Court Number:  219-04978-2014

Style:  ALTESSE HEALTHCARE SOLUTIONS, INC. AND SHAWNA BOUDREAUX
       v.
       ALLEN WILSON AND BECKY WILSON

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Ms. Lisa Matz (DELIVERED VIA E-MAIL)
      Mr. David R. Wortham Jr. (DELIVERED VIA E-MAIL)
      District Clerk Collin County (DELIVERED VIA E-MAIL)